UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>                    Plaintiff,<br><br>v.<br><br>D. MENDENHALL,<br><br>                    Defendant. | Case No. 1:13-cv-01679-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE CURTIS RENEE JACKSON, CDCR # J-88116<br><br>DATE: 10/27/2016<br>TIME:  1:00 p.m.<br>COURTROOM: 25 (KJN) |

Inmate Curtis Renee Jackson, CDCR # J-88116, a necessary and material witness on his own behalf in proceedings in this case on 10/27/2016, is confined at the California Medical Facility (CMF), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom 25, 501 I  Street, Sacramento, California, 95814, on Thursday, October 27, 2016, at 1:00 p.m.

### ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To the Warden of CMF, 1600 California Drive, Vacaville, CA 95687:**

**WE COMMAND** you to produce the inmate named above,  **along with his legal** property, to testify in the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **September 27, 2016**                                       _____
                                                                                              UNITED STATES MAGISTRATE JUDGE

